PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Lauren Washington**                                    Docket No. **06-493**

### Petition for Action on Conditions of Pretrial Release

   COMES NOW **Gary E. Pettiford** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Lauren Washington**, who was placed under pretrial release supervision by the **Honorable Joel B. Rosen** sitting in the Court at Camden, New Jersey, on June 11, 2006, under the following conditions:

1. $50,000 bond secured by property located at 2311 Primose Court, Mays Landing, New Jersey 08330 and cosigned by Delores Jones with the following conditions:2) Reporting to Pretrial Services, as directed; 3) 24 hour house arrest with electronic monitoring, except for Court related matters, verifiable employment, attorney appointments, medical appointments, or as directed by Pretrial Services; 4) Drug testing and treatment, as deemed necessary by Pretrial Services; 5) Travel restricted to the District of New Jersey; 6) Refrain from possession of weapons

On July 24, 2006, the defendant's bail was modified to remove Delores Jones as a co-signer and the property she posted. Richette Bradley replaced her as a co-signer and the defendant was ordered to reside at 932 Virginia Avenue, Atlantic City, New Jersey.

The defendant plead guilty to perjury before Your Honor on February 26, 2008. The defendant is scheduled for sentencing on July 25, 2008.

   Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

Praying that the Court will order that a warrant will issued and lodged as a detainer by the U.S. Marshal Service

ORDER OF COURT

Considered and ordered this 13th day of June, 2008 and ordered filed and made a part of the records in the above case.

_Freda L. Wolfson_
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/13/08

_Gary E. Pettiford_
Gary E. Pettiford
U.S. Pretrial Services